[No. 41871-1-II. Division Two. July 17, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONARD EVERETT COLEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 10-1-00331-7, James W. Lawler, J., entered March 9, 2011. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Quinn-Brintnall and Penoyar, JJ.

[No. 42591-2-II. Division Two. July 17, 2012.]

WILLIAM SCHEIDLER, *Appellant*, v. SCOTT ELLERBY, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 09-2-00660-3, Russell W. Hartman, J., entered February 25, 2011. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Penoyar, J., concurred in by Johanson, A.C.J., and Armstrong, J.

[No. 29925-2-III. Division Three. July 17, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID A. CHESTER, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 11-8-00067-1, John D. Knodell III, J., entered April 25, 2011. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Kulik and Siddoway, JJ.

[No. 30017-0-III. Division Three. July 17, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID L. HICKAM, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 10-1-02232-6, Salvatore F. Cozza, J., entered June 16, 2011. *Reversed* and *remanded* by unpublished opinion per Siddoway, A.C.J., concurred in by Brown and Kulik, JJ.